1  Law Offices of Hadley & Fraulob
   230 Fifth Street
2  Marysville, CA  95901
   (530) 743-4458
3
   JOSEPH C. FRAULOB - State Bar #194355
4  Attorney for Plaintiff

5

6                  UNITED STATES DISTRICT COURT

7                EASTERN DISTRICT OF CALIFORNIA

8
   Regina Wiehn,                          )
9                     Plaintiff,          )      Case No: 2:12-cv-01517-CKD
                                          )
10                                        )      STIPULATION FOR EXTENSION
   v.                                     )      OF TIME FOR FILING MOTION
11                                        )      FOR SUMMARY JUDGMENT
   Commissioner of Social Security,       )
12                    Defendant.          )
                                          )
13

14       IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

15  granted an extension of thirty days, through Wednesday, December 26, 2012, to file the Motion

16  for Summary Judgment.

17       IT IS HEREBY NOTED that this is plaintiff's first extension requested.

18

19  Dated:  11/26/12                         / s / Joseph C. Fraulob
                                             Joseph Fraulob
20                                           Attorney for Plaintiff

21  Dated: 11/26/12                          / s / Daniel. P. Talbert
                                             Daniel P. Talbert
22                                           Special Assistant U.S. Attorney
                                             Attorney for Defendant
23
    IT IS ORDERED.
24

25
      Dated: November 27, 2012
26
                                             _____
27                                           CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE
28